# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO: 23-CR-10053** |
| | ) | |
| **REY FULCAR** | ) | |

## <u>MOTION TO WITHDRAW</u>

      Defense Counsel brings this Motion to Withdraw as since the appointment in this case, a a breakdown in communication has developed between Mr. Fulcar and the Federal Defender Office where Mr. Fulcar is represented by Attorneys Thral & Hawthorne. As a result, we ask that a hearing regarding counsel be scheduled and the Court can evaluate whether counsel be permitted to withdraw and CJA counsel appointed.

Respectfully submitted,

REY FULCAR
By his Attorney

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

<u>/s/ Jessica P. Thrall</u>
Jessica P. Thrall

Dated: May 25, 2023