UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 23-cr-10053-DJC |
| | ) | |
| REY FULCAR | ) | |

## MOTION TO CONTINUE

Now come the Defendant who requests that the presently scheduled status conference and hearing regarding counsel, set for May 30, 2023, be continued and be set for June 14, 2023.

In support of this request the Defendant states the following:

1. Undersigned defense counsel, Jessica Thrall, will be on trial in US v. Davis.

2. Undersigned defense counsel, Aziza Hawthorne, will be on leave.

In light of this, the Defendant respectfully request that the status conference and hearing regarding counsel be continued to June 14, 2023.

Respectfully submitted,

REY FULCAR
By his Attorneys,

*/s/ Jessica Thrall*
Jessica Thrall,
B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

/s/ *Aziza Hawthorne*
Aziza Hawthorne
B.B.O.: 709255
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Aziza Hawthorne
Attorney for Rey Fulcar

Dated: May 25, 2023