May 26, 2023

Chambers of
The Hon. Denise Casper, USDJ
District of Massachusetts
One Courthouse Way
Boston, MA 02110

FILED
IN CLERKS OFFICE
2023 JUN -5 PM 12: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: *USA v. Rey Fulcar,* Case 23-CR-10053-DJC

Dear Judge Casper:

I am writing to express grave concern about delays in my case due to the inability of my appointed counsel to give my case any time or attention on matters I have specifically been bringing to their attention to move the case forward. There is a basis to reopen the bail issue based on new information and I also made it clear I want my right to a speedy trial respected so we need to get moving on suppression issues as well any other issues that need to be addressed prior to trial. I am aware that my counsel has now moved to withdraw so at this point my request is that Your Honor ensure my rights are protected by expeditiously appointing a new attorney who actually has the time to assist in my defense and who does not have an excessive caseload that will hinder her/his ability to ensure my right to a speedy trial is respected. Thank you for your time and attention Your Honor.

Respectfully,

*[signature]*

Rey Fulcar
Fed. No. 47135-510
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI 02863