## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**Docket No. 23-cr-10053-DJC**

_____

**UNITED STATES OF AMERICA** )

)

**v.** )

)

**REY DAVID FULCAR** )

_____

## MOTION TO WITHDRAW

Defense Counsel brings this Motion to Withdraw from further representation of Mr. Fulcar.  As grounds therefore the undersigned states the following:

- There has been a breakdown of communication between Attorney and Client where effective communication and therefore effective representation has become adversely affected;

As a result, we ask that a hearing regarding counsel be scheduled and the Court can evaluate whether counsel may be permitted to withdraw and separate CJA counsel be appointed.

REY FULCAR
By his Attorney,

/s/ Gordon W. Spencer
Gordon W. Spencer, Esq.
BBO #630488
945 Concord Street
Framingham, MA 01701
(508) 231-4822

Dated:   October 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record this 8th day of October, 2023 via electronic transmission

                    /s/Gordon W. Spencer
                      Gordon W. Spencer