UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REY DAVID FULCAR,<br><br>　　Defendant | Criminal No. 23-10053-DJC |

**JOINT MOTION FOR HEARING PURSUANT TO FED. R. CRIM. P. 11,
AND TO CONTINUE PRETRIAL FILINGS DEADLINES**

　　The United States of America, by and through the United States Attorney for the District of Massachusetts and undersigned Assistant United States Attorneys, and Rey David Fulcar, Defendant, hereby jointly move for a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to continue the deadlines for pretrial pleadings by seven days.

　　As grounds for this motion, the Government states as follows: counsel for Defendant and the Government have conferred, and Defendant, through counsel, has communicated for the first time his present intention to resolve this matter prior to trial by pleading guilty. There is no plea agreement between the parties. Trial is currently scheduled to begin on January 8, 2024, and pretrial filings are due variously on both December 14, 2023 and December 21, 2023. The Court has indicated that it can accommodate the requested Rule 11 hearing on December 20, 2023.

Accordingly, the parties request that the Court grant their motions for a Rule 11 hearing and, should a Rule 11 hearing be scheduled for December 20, 2023, to continue the pretrial filing deadlines by seven days, until December 21, 2023 and December 28, 2023, respectively.

Respectfully submitted,

| | |
|---|---|
| REY DAVID FULCAR | JOSHUA S. LEVY |
| By his attorneys, | Acting United States Attorney |
| | |
| /s/ *Robert L. Peabody* (by FMW) | By: /s/ *Fred M. Wyshak, III* |
| ROBERT L. PEABODY, Esq. | FRED M. WYSHAK, III |
| DAVID M. JELLINEK, Esq. | JOHN T. DAWLEY, JR. |
| Husch Blackwell | Assistant U.S. Attorneys |
| One Beacon Street | U.S. Attorney's Office |
| Suite 1320 | One Courthouse Way, Suite 9200 |
| Boston, Massachusetts 02108 | Boston, Massachusetts 02210 |

Date: December 12, 2023

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on December 12, 2023.

By:  /s/ *Fred M. Wyshak, III*
Fred M. Wyshak, III
Assistant U.S. Attorney